UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DERRICK BRYANT                                    Civil Action No.   3:13CV449 (SRU)
   Plaintiff

V.

MERIDEN POLICE
DEPARTMENT, ET AL
   Defendants                                   APRIL 17, 2015

## NOTICE OF APPEAL

Notice is hereby given that Derrick Bryant appeals to the Second Circuit Court of Appeals from an Order denying in part a motion for new trial and jury decision in the above captioned case on March 31, 2017.

                              THE PLAINTIFF
                              By:   /s/Josephine S. Miller
                              Josephine Smalls Miller, Fed Bar # ct27039
                              152 Deer Hill Avenue, Suite 302
                              Danbury, CT 06810
                              Tel: (203) 512-2795
                              Fax: (203) 702-5188
                              Email: jmillerlaw@sbcglobal.net

## CERTIFICATION

I hereby certify that the foregoing Notice of Appeal was served by electronic mail on April 17, 2017 on all parties by operation of the Court's electronic filing system. Parties access this filing through the Court's system.


 */s/ Josephine S. Miller*
Josephine S. Miller